UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

S HERRI H AWKINS,

Plaintiff,

v.

C OMMISSIONER OF S OCIAL S ECURITY,

Defendant.

Case No. 18-cv-12035

U NITED S TATES D ISTRICT C OURT
J UDGE
G ERSHWIN A. D RAIN

U NITED S TATES M AGISTRATE J UDGE
E LIZABETH A. S TAFFORD

_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#11] DENYING PLAINTIFF'S REQUEST TO MAKE PARTIAL PAYMENTS [#10]

### I. INTRODUCTION

This matter is before the Court on Plaintiff Sherri Hawkins' Request for Partial Payments of Filing Fee. Dkt. No. 10. On June 28, 2018, Plaintiff filed an application to proceed without prepaying fees or costs. Dkt. No. 2. This Court referred the matter to Magistrate Judge Elizabeth A. Stafford on June 28, 2018. Dkt. No. 3. Magistrate Judge Stafford issued a Report and Recommendation ("R&R") on July 10, 2018, recommending that this Court deny Plaintiff's application. Dkt. No. 6. On August 1, 2018, this Court accepted and adopted Magistrate Judge Stafford's R&R. Dkt. No. 8.

1

Plaintiff then filed the present Request for Partial Payments of the Filing Fee. Dkt. No.10. Plaintiff requests that this Court allow her to make payments of $50.00 per month until the filing fee is paid. *Id.* at pg. 1 (Pg. ID 29). Magistrate Judge Stafford issued a Report and Recommendation on September 24, 2018, recommending that this Court deny Plaintiff's Request. Dkt. No. 11. Neither party has filed objections to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C). Further, this Court does not allow payment plans for litigants who are not prisoners.

Upon review of the Plaintiff's Request and the Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate Judge reached the correct conclusion. Accordingly, the Court hereby ACCEPTS AND ADOPTS Magistrate Judge Elizabeth A. Stafford's September 24, 2018 Report and Recommendation and DENIES Plaintiff's Request for Partial Payments of Filing Fee.

SO ORDERED.

Dated:  November 9, 2018

s/Gershwin A. Drain  
HON. GERSHWIN A. DRAIN  
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 9, 2018, by electronic and/or ordinary mail.

                                        s/Teresa McGovern
                                        Case Manager